# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 5, 2024

### NO. 03-22-00093-CV

**Lucus Kirkpatrick and Calibrated Addiction, LLC, Appellants**

**v.**

**Custom Tuning Team Inc. and Robert Ivey, Appellees**

**APPEAL FROM THE 424TH DISTRICT COURT OF LLANO COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on February 11, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.